UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alphonza Demorris Teasley**　　　　　　　　　　　　　　Docket No. 5:16-CR-61-1BO

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alphonza Demorris Teasley, who, upon an earlier plea of guilty to Brank Fraud and Aiding and Abetting in violation of 18 U.S.C. §1334(1), 18 U.S.C. §1344(2), and 18 U.S.C. §2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 13, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alphonza Demorris Teasley was released from custody on May 07, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 14, 2018, the defendant reported to the office for his initial appointment. At that time, he provided a urinalysis sample, which was sent to Alere Laboratories for testing. He admitted to use of marijuana on or about May 5, 2018, and subsequently signed an admission form. His reported use was prior to his release from the custody of the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: May 14, 2018 |

Alphonza Demorris Teasley
Docket No. 5:16-CR-61-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __May__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge