UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alphonza Demorris Teasley**              **Docket No. 5:16-CR-61-1BO**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alphonza Demorris Teasley, who, upon an earlier plea of guilty to Brank Fraud and Aiding and Abetting in violation of 18 U.S.C. §1334(1), 18 U.S.C. §1344(2), and 18 U.S.C. §2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 13, 2016, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alphonza Demorris Teasley was released from custody on May 07, 2018, at which time the term of supervised release commenced. On May 14, 2018, a request for modification was submitted to Your Honor following the defendant's use of illegal substances. His conditions were modified to include drug and alcohol treatment. A violation report was submitted to Your Honor on June 12, 2018. This report discussed the defendant's continued use of illegal substances. It was advised that we were attempting to contact the defendant and present him with a waiver to modify his conditions to include location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 14, 2018, the defendant submitted a urinalysis sample, which was sent to Alere Laboratories for testing. On May 19, 2018, the sample returned from Alere Laboratories confirmed positive for marijuana, which the defendant previously admitted to use of, and cocaine. The defendant initially denied use of cocaine. The use of marijuana was previously reported to Your Honor. He has since signed an additional admission form for use of cocaine.

On May 22, 2018, the defendant reported to the probation office and submitted a second urinalysis sample, which was sent to Alere Laboratories for testing. On May 27, 2018, the sample was confirmed positive for marijuana and cocaine. He has admitted to use of both substances, and subsequently signed an admission form.

On June 7, 2018, the defendant reported to Integrated Behavioral Healthcare Services to provide a urinalysis sample. The sample was sent to Alere for testing, and was confirmed positive for marijuana and cocaine on June 17, 2018. The sample was also considered to have been diluted, based on the specific gravity of the sample. The defendant subsequently signed an admission form, admitting to use of both substances.

Mr. Teasley is currently in individual substance abuse counseling at Integrated Behavioral Healthcare Services (IBHS) in Fayetteville, North Carolina. He is also on a red testing schedule in the surprise urinalysis testing program (SUP).

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and

Alphonza Demorris Teasley
Docket No. 5:16-CR-61-1BO
Petition For Action
Page 2

    abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Henry Ponton<br>Henry Ponton<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2536<br>Executed On: June 18, 2018 |

## ORDER OF THE COURT

Considered and ordered this __19__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge